UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOSE ANTONIO TORRES,

      Plaintiff,

v.

K&T PROVISIONS, INC. d/b/a
K&T MEAT MARKET, and
ROBERT ELIODROMYTIS,

      Defendants.

Case No. 1: 20-cv-5642(WFK)(PK)

**STIPULATION EXTENDING
TIME TO ANSWER**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties that the time for defendants to answer or otherwise move with respect to the Complaint herein shall be and hereby is extended to and including January 30, 2021. Defendants waive any defenses to service of process.

Dated: December 28, 2020
    New York, NY

**CILENTI & COOPER, PLLC**

By: Justin Cilenti, Esq. (GC2321)
155 East 44th Street
New York, NY 10017
(212) 209-3933
info@jcpclaw.com
Attorneys for Plaintiff

**LAW OFFICES OF ALBERT RIZZO, P.C.**

By: Albert Rizzo, Esq. (AR1559)
601 Lexington Avenue, 20th Floor
New York, NY 10022
(212) 679-5799
arizzo@rizzolawoffices.com
Attorneys for Defendants

SO ORDERED:

_____