# CILENTI & COOPER, PLLC
ATTORNEYS AT LAW
200 Park Avenue – 17th Floor
New York, New York 10166
____
Telephone (212) 209-3933
Facsimile (212) 209-7102

April 5, 2022

**BY ECF**

Hon. Marcia M. Henry, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> *Re:* *Torres v. K&T Provisions, Inc., et al.*
> <u>Case No. 20-CV-5642 (WFK) (MMH)</u>

Dear Judge Henry,

    We are counsel to the plaintiff in the above-referenced matter. In accordance with the Court's Order, please accept this letter as the parties' joint status report.

    On March 1, 2022, the defendants completed plaintiff's deposition. The parties are in the process of scheduling the defendant's deposition within the next few weeks. There are currently no discovery disputes, and the parties have not engaged in any settlement discussions.

    We thank the Court for its continued attention to this matter.

                                     Respectfully submitted,

                                     /s/
                                   Justin Cilenti

cc: Albert Rizzo, Esq. (by ECF)