UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE ANTONIO TORRES,

                Plaintiff,

                                  **ORDER**

        v.                           20-CV-5642 (WFK) (MMH)

K&T PROVISIONS, INC., *et al.*,

                Defendants.
------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

      On March 28, 2025, the Honorable Magistrate Judge Marcia M. Henry issued a Report and Recommendation ("R&R") recommending Plaintiff's motion for attorney's fees be granted. *See* ECF No. 53.

      Any objections to the R&R were to be filed on or before Friday, April 11, 2025. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). The parties filed no objections. The Court reviews an R&R for clear error where no objections have been filed. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.). The Court finds no such error here and adopts the R&R in its entirety.

      The Court GRANTS Plaintiff's motion for attorney's fees and ORDERS Plaintiff be awarded $30,000.00 in attorney's fees.

                                                                       **SO ORDERED.**

                                                            **s/ WFK**
                                          HON. WILLIAM F. KUNTZ, II
                                          UNITED STATES DISTRICT JUDGE

Dated: April 17, 2025
       Brooklyn, New York