UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

JOSE ANTONIO TORRES,

Plaintiff,

v.

K&T PROVISIONS, INC.
AND ROBERT ELIODROMYTIS,

Defendants.

-------------------------------------------------------------X

**ORDER**
20-CV-5642 (WFK) (MMH)

**WILLIAM F. KUNTZ, II, United States District Judge:**

On March 30, 2026, Magistrate Judge Marcia M. Henry issued a Report and Recommendation ("R&R"), ECF No. 70, proposing the Court: (1) grant Plaintiff's Motion for Judgment Based on Settlement, ECF No. 56; (2) grant defense counsel Albert Rizzo, Esq.'s Motion to Withdraw as Attorney, ECF No. 66; and (3) deny defense counsel's Motion for Leave to Electronically File a Document Under Seal, ECF No. 59, as withdrawn. The parties did not file any objections to the R&R, which were due by Monday, April 13, 2026. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).

The Court reviews an R&R for clear error when no objections have been filed. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.). Finding no such error here, the Court adopts the R&R in its entirety.

The Court GRANTS Plaintiff's Motion for Judgment Based on Settlement, ECF No. 56, and ORDERS judgment entered against Defendants Robert Eliodromytis and K&T Provisions, Inc., jointly and severally in the amount of $36,060.00, including $23,000.00 for outstanding

principal, $10,000.00 for liquidated damages, and $3,060.00 for attorneys' fees incurred for enforcement of the parties' agreement.

The Court further GRANTS defense counsel's Motion to Withdraw as Attorney, ECF No. 66, and DENIES defense counsel's Motion for Leave to Electronically File Document under Seal, ECF No. 59, as withdrawn.

**SO ORDERED.**

**s/WFK**

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: August 11, 2026
Brooklyn, New York